UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MASON,<br><br>    Petitioner,<br><br>  v.<br><br>C. NOLL, warden,<br><br>    Respondent.<br>_____/ | No. C 09-5451 SI (pr)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 24, 2011

                                        SUSAN ILLSTON
                                 United States District Judge